■ PFAUDLER PERMUTIT INC., Respondent, v. J. P. FRANK & CO., INC., Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term granting plaintiff's motion to examine defendant for the purpose of framing a complaint.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ MAE TANER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33391.) — Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: We conclude that upon all of the evidence the award of the Court of Claims is inadequate and that the interests of justice require a new trial. All concur. (Appeal from a judgment of the Court of Claims· for claimant on a claim for damages for permanent appropriation of realty.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ. [4 Misc 2d 390.]